### Exhibit A
### Statement of Claim
### Plaintiff Roland Raouf Dahdouh

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Amount Paid[1] | Equivalent Hourly Rate[1] | Minimum Wage Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/20 - 5/13/20 | 0.57 | | $ - | $ - | $ 8.56 | $ 12.84 | $ 408.43 | $ 106.39 | $ 514.82 |
| 5/3/20 - 5/9/20 | 1 | | $ 94.52 | $ 1.13 | $ 8.56 | $ 12.84 | $ 620.24 | $ 186.18 | $ 806.42 |
| 4/26/20 - 5/2/20 | 1 | | $ 579.73 | $ 6.94 | $ 8.56 | $ 12.84 | $ 135.03 | $ 186.18 | $ 321.21 |
| 4/19/20 - 4/25/20 | 1 | | $ 1,704.99 | $ 20.42 | $ 8.56 | $ 30.63 | $ - | $ 444.11 | $ 444.11 |
| 4/12/20 - 4/18/20 | 1 | | $ 1,766.96 | $ 21.16 | $ 8.56 | $ 31.74 | $ - | $ 460.26 | $ 460.26 |
| 4/5/20 - 4/11/20 | 1 | | $ 641.38 | $ 7.68 | $ 8.56 | $ 12.84 | $ 73.38 | $ 186.18 | $ 259.56 |
| 3/29/20 - 4/4/20 | 1 | | $ 628.92 | $ 7.53 | $ 8.56 | $ 12.84 | $ 85.84 | $ 186.18 | $ 272.02 |
| 3/22/20 - 3/28/20 | 1 | | $ 869.74 | $ 10.42 | $ 8.56 | $ 15.62 | $ - | $ 226.55 | $ 226.55 |
| 3/15/20 - 3/21/20 | 1 | | $ 560.54 | $ 6.71 | $ 8.56 | $ 12.84 | $ 154.22 | $ 186.18 | $ 340.40 |
| 3/8/20 - 3/14/20 | 1 | | $ 556.27 | $ 6.66 | $ 8.56 | $ 12.84 | $ 158.49 | $ 186.18 | $ 344.67 |
| 3/1/20 - 3/7/20 | 1 | | $ 532.21 | $ 6.37 | $ 8.56 | $ 12.84 | $ 182.55 | $ 186.18 | $ 368.73 |
| 2/23/20 - 2/29/20 | 1 | | $ 759.78 | $ 9.10 | $ 8.56 | $ 13.65 | $ - | $ 197.91 | $ 197.91 |
| 2/16/20 - 2/22/20 | 1 | | $ 1,708.08 | $ 20.46 | $ 8.56 | $ 30.68 | $ - | $ 444.92 | $ 444.92 |
| 2/9/20 - 2/15/20 | 1 | 83.5 | $ 1,102.67 | $ 13.21 | $ 8.56 | $ 19.81 | $ - | $ 287.22 | $ 287.22 |
| 2/2/20 - 2/8/20 | 1 | | $ 842.91 | $ 10.09 | $ 8.56 | $ 15.14 | $ - | $ 219.56 | $ 219.56 |
| 1/26/20 - 2/1/20 | 1 | | $ 2,169.96 | $ 25.99 | $ 8.56 | $ 38.98 | $ - | $ 565.23 | $ 565.23 |
| 1/19/20 - 1/25/20 | 1 | | $ 2,362.44 | $ 28.29 | $ 8.56 | $ 42.44 | $ - | $ 615.37 | $ 615.37 |
| 1/12/20 - 1/18/20 | 1 | | $ 823.33 | $ 9.86 | $ 8.56 | $ 14.79 | $ - | $ 214.46 | $ 214.46 |
| 1/5/20 - 1/11/20 | 1 | | $ 2,167.85 | $ 25.96 | $ 8.56 | $ 38.94 | $ - | $ 564.68 | $ 564.68 |
| 12/29/19 - 1/4/20 | 1 | | $ 585.72 | $ 7.01 | $ 8.56 | $ 12.84 | $ 129.04 | $ 186.18 | $ 315.22 |
| 12/22/19 - 12/28/19 | 1 | | $ 414.92 | $ 4.97 | $ 8.46 | $ 12.69 | $ 291.49 | $ 184.01 | $ 475.50 |
| 12/15/19 - 12/21/19 | 1 | | $ 2,729.41 | $ 32.69 | $ 8.46 | $ 49.03 | $ - | $ 710.95 | $ 710.95 |
| 12/8/19 - 12/14/19 | 1 | | $ 2,354.32 | $ 28.20 | $ 8.46 | $ 42.29 | $ - | $ 613.25 | $ 613.25 |
| 12/1/19 - 12/7/19 | 1 | | $ 1,087.86 | $ 13.03 | $ 8.46 | $ 19.54 | $ - | $ 283.36 | $ 283.36 |
| 11/24/19 - 11/30/19 | 1 | | $ 756.05 | $ 9.05 | $ 8.46 | $ 13.58 | $ - | $ 196.94 | $ 196.94 |
| 11/17/19 - 11/23/19 | 1 | | $ 300.00 | $ 3.59 | $ 8.46 | $ 12.69 | $ 406.41 | $ 184.01 | $ 590.42 |
| 11/10/19 - 11/16/19 | 1 | | $ - | $ - | $ 8.46 | $ 12.69 | $ 706.41 | $ 184.01 | $ 890.42 |
| 11/4/19 - 11/9/19 | 0.86 | | $ - | $ - | $ 8.46 | $ 12.69 | $ 605.49 | $ 157.72 | $ 763.21 |
| | | | | | | | $ 3,957.03 | $ 8,350.33 | $12,307.36 |

Total Unpaid Minimum Wages[1] = **$ 3,957.03**
Total Unpaid Overtime Wages[1] = **$ 8,350.33**
Total Liquidated Damages[1] = **$12,307.36**
Total[1] = **$24,614.72**

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.