**Exhibit B**
**Statement of Claim**
**Plaintiff Alejandro Morales**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Amount Paid[1] | Equivalent Hourly Rate[1] | Minimum Wage Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/20 - 2/8/20 | 1 | 53 | $ 348.94 | $ 6.58 | $ 8.56 | $ 12.84 | $ 104.74 | $ 55.64 | $ 160.38 |
| 1/26/20 - 2/1/20 | 1 | | $ 762.40 | $ 14.38 | $ 8.56 | $ 21.58 | $ - | $ 93.50 | $ 93.50 |
| 1/19/20 - 1/25/20 | 1 | | $ 820.28 | $ 15.48 | $ 8.56 | $ 23.22 | $ - | $ 100.60 | $ 100.60 |
| 1/12/20 - 1/18/20 | 1 | | $ 880.89 | $ 16.62 | $ 8.56 | $ 24.93 | $ - | $ 108.03 | $ 108.03 |
| 1/5/20 - 1/11/20 | 1 | | $ 885.00 | $ 16.70 | $ 8.56 | $ 25.05 | $ - | $ 108.54 | $ 108.54 |
| 12/29/19 - 1/4/20 | 1 | | $ 723.89 | $ 13.66 | $ 8.56 | $ 20.49 | $ - | $ 88.78 | $ 88.78 |
| 12/22/19 - 12/28/19 | 1 | | $ 797.50 | $ 15.05 | $ 8.56 | $ 22.57 | $ - | $ 97.81 | $ 97.81 |
| 12/15/19 - 12/21/19 | 1 | | $ 688.00 | $ 12.98 | $ 8.56 | $ 19.47 | $ - | $ 84.38 | $ 84.38 |
| 12/8/19 - 12/14/19 | 1 | | $ 732.19 | $ 13.81 | $ 8.56 | $ 20.72 | $ - | $ 89.80 | $ 89.80 |
| 12/1/19 - 12/7/19 | 1 | | $ 1,136.86 | $ 21.45 | $ 8.56 | $ 32.18 | $ - | $ 139.43 | $ 139.43 |
| 11/24/19 - 11/30/19 | 1 | | $ 793.87 | $ 14.98 | $ 8.56 | $ 22.47 | $ - | $ 97.36 | $ 97.36 |
| 11/17/19 - 11/23/19 | 1 | | $ 500.00 | $ 9.43 | $ 8.56 | $ 14.15 | $ - | $ 61.32 | $ 61.32 |
| 11/10/19 - 11/16/19 | 1 | | $ 237.18 | $ 4.48 | $ 8.56 | $ 12.84 | $ 216.50 | $ 55.64 | $ 272.14 |
| 11/3/19 - 11/9/19 | 1 | | $ 1,062.54 | $ 20.05 | $ 8.56 | $ 30.07 | $ - | $ 130.31 | $ 130.31 |
| 10/27/19 - 11/2/19 | 1 | | $ 2,799.00 | $ 52.81 | $ 8.56 | $ 79.22 | $ - | $ 343.27 | $ 343.27 |
| 10/20/19 - 10/26/19 | 1 | | $ 1,250.00 | $ 23.58 | $ 8.56 | $ 35.38 | $ - | $ 153.30 | $ 153.30 |
| 10/13/19 - 10/19/19 | 1 | | $ 500.00 | $ 9.43 | $ 8.56 | $ 14.15 | $ - | $ 61.32 | $ 61.32 |
| 10/6/19 - 10/12/19 | 1 | | $ 500.00 | $ 9.43 | $ 8.56 | $ 14.15 | $ - | $ 61.32 | $ 61.32 |
| 9/29/19 - 10/5/19 | 1 | | $ 862.35 | $ 16.27 | $ 8.46 | $ 24.41 | $ - | $ 105.76 | $ 105.76 |
| 9/22/19 - 9/28/19 | 1 | | $ 925.96 | $ 17.47 | $ 8.46 | $ 26.21 | $ - | $ 113.56 | $ 113.56 |
| 9/15/19 - 9/21/19 | 1 | | $ 556.79 | $ 10.51 | $ 8.46 | $ 15.76 | $ - | $ 68.29 | $ 68.29 |
| 9/8/19 - 9/14/19 | 1 | | $ 916.67 | $ 17.30 | $ 8.46 | $ 25.94 | $ - | $ 112.42 | $ 112.42 |
| 9/1/19 - 9/7/19 | 1 | | $ 600.00 | $ 11.32 | $ 8.46 | $ 16.98 | $ - | $ 73.58 | $ 73.58 |
| 8/25/19 - 8/31/19 | 1 | | $ 421.53 | $ 7.95 | $ 8.46 | $ 12.69 | $ 26.85 | $ 54.99 | $ 81.84 |
| 8/18/19 - 8/24/19 | 1 | | $ 1,927.72 | $ 36.37 | $ 8.46 | $ 54.56 | $ - | $ 236.42 | $ 236.42 |
| 8/12/19 - 8/17/19 | 0.86 | | $ 800.00 | $ 15.09 | $ 8.46 | $ 22.64 | $ - | $ 84.10 | $ 84.10 |
| | | | | | | | $ 348.09 | $ 2,779.47 | $ 3,127.55 |

Total Unpaid Minimum Wages[1] = $ 348.09
Total Unpaid Overtime Wages[1] = $ 2,779.47
Total Liquidated Damages[1] = $ 3,127.55
Total[1] = $ 6,255.11

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.