UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61936-RAR

**ROLAND RAOUF DAHDOUH**,
and **ALEJANDRO MORALES**,

      Plaintiffs,

v.

**ROAD RUNNER MOVING AND
STORAGE INC.**, *et al.*,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Defendants' Motion to Compel Arbitration and Dismiss/Stay Proceedings [ECF No. 13] ("Motion"). These matters were referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation ("Report"). The Court has carefully reviewed Magistrate Judge Strauss's Report [ECF No. 31], as well as the entire record. As of the date of this Order, no party has filed any objection to the Report, and the time to do so pursuant to Local Magistrate Rule 4(b) has elapsed. Accordingly, it is

**ORDERED AND ADJUDGED** as follows: (1) the Report [ECF No. 31] is hereby **AFFIRMED** and **ADOPTED**; and (2) the Motion [ECF No. 13] is **DENIED** *without prejudice* pending a jury trial on the limited issue of whether Plaintiffs signed the Independent Contractor Agreements attached to the Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of December, 2020.

                                                            _____
                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**