| | |
|---|---|
| **From:** | ekoz@kozlawfirm.com |
| **To:** | FLSDdb_efile Strauss |
| **Cc:** | pk@kozlawfirm.com; "Adi Amit" |
| **Subject:** | FW: Request for Discovery Hearing - 20-cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage Inc et al |
| **Date:** | Thursday, April 22, 2021 10:15:11 AM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Dear Judge Strauss,

I called your chambers and was advised I should send an email in accordance with the Court's Discovery Procedures Order [ECF No. 33].

Plaintiff Roland Dahdouh's deposition was set to proceed today at 10:00 AM. Plaintiff and I appeared for the deposition via Zoom. The court reporter appeared late and, at that time, we discovered it was a court reporter Defendants' counsel used in a prior deposition in the case of 20-cv-60395-WPD Certain et al v. Van Horst General Contractors, LLC et al.

In that deposition, the court reporter claimed she could not hear me because I was wearing a face mask and said that she did not transcribe any of my objections from the start through about noon time. She failed to transcribe my objections despite my client and I being seated immediately beside each other and equidistant to the microphone.

At today's deposition, upon realizing that it was the same court reporter, I put my objections on the record at the start of the deposition. At that time, Adi Amit began speaking over me and twice yelled, "Shut the fuck up." At that point I terminated the deposition and contacted your chambers to request a hearing.

 **ELLIOT KOZOLCHYK** / Attorney
**e:** ekoz@kozlawfirm.com **t:** 786.924.9929 **f:** 786.358.6071
**a:** 320 S.E. 9th St, Fort Lauderdale, FL 33316

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Adi Amit |
| **To:** | ekoz@kozlawfirm.com |
| **Cc:** | FLSDdb_efile Strauss |
| **Subject:** | RE: Request for Discovery Hearing - 20-cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage Inc et al |
| **Date:** | Thursday, April 22, 2021 10:19:54 AM |
| **Attachments:** | image002.png |
| | image003.png |

## CAUTION - EXTERNAL:

Elliot,

Since you were kind enough to share with the judge your version of the events, it is unfortunate that you omitted the fact that you dishonestly disparaged the character and integrity of the female court reporter on the record – misrepresenting your past experience with her (which has nothing to do with the deposition today). I told you that if you have any issue with the deposition today, you can feel free to object or voice it during the deposition. Instead, you decided to continue to attack the Court reporter. She will be happy to testify as to your aggressive and uncalled-for conduct towards her in the past, as well as today – which is why I reacted the way I did. You cannot treat women (or anyone for that matter) like this.

The deposition link is still open and I suggest that you get back on it so that the deposition can resume. We will obtain a CNA for your and your client's failure to appear at 10:30 and move to compel and for sanctions, if you do not.

*Adi Amit, Esquire*
**Founding Partner, Adi Amit, P.A.**

101 Centre

101 NE 3rd Avenue, Suite 300

Fort Lauderdale, FL 33301

Tel: 954-533-5922

After Hrs.: 954-303-4130

Email: adi@DefenderOfBusiness.com



CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** ekoz@kozlawfirm.com <ekoz@kozlawfirm.com>
**Sent:** Thursday, April 22, 2021 10:13 AM
**To:** strauss@flsd.uscourts.gov
**Cc:** Adi Amit <adi@defenderofbusiness.com>
**Subject:** Request for Discovery Hearing - 20-cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage Inc et al

Dear Judge Strauss,

I called your chambers and was advised I should send an email in accordance with the Court's Discovery Procedures Order [ECF No. 33].

Plaintiff Roland Dahdouh's deposition was set to proceed today at 10:00 AM. Plaintiff and I appeared for the deposition via Zoom. The court reporter appeared late and, at that time, we discovered it was a court reporter Defendants' counsel used in a prior deposition in the case of 20-cv-60395-WPD Certain et al v. Van Horst General Contractors, LLC et al.

In that deposition, the court reporter claimed she could not hear me because I was wearing a face mask and said that she did not transcribe any of my objections from the start through about noon time. She failed to transcribe my objections despite my client and I being seated immediately beside each other and equidistant to the microphone.

At today's deposition, upon realizing that it was the same court reporter, I put my objections on the record at the start of the deposition. At that time, Adi Amit began speaking over me and twice yelled, "Shut the fuck up." At that point I terminated the deposition and contacted your chambers to request a hearing.



**ELLIOT KOZOLCHYK** / Attorney
**e:** ekoz@kozlawfirm.com **t:** 786.924.9929 **f:** 786.358.6071
**a:** 320 S.E. 9th St, Fort Lauderdale, FL 33316

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | ekoz@kozlawfirm.com |
|---|---|
| To: | FLSDdb_efile Strauss |
| Cc: | pk@kozlawfirm.com; "Adi Amit" |
| Subject: | Request for Discovery Hearing - 20-cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage Inc et al |
| Date: | Wednesday, April 28, 2021 10:43:37 AM |
| Attachments: | image001.png |

**CAUTION - EXTERNAL:**

Dear Judge Strauss,

Plaintiff Alejandro Morales's deposition was set to proceed today at 10:00 AM. Plaintiff and I appeared for the deposition via Zoom. The court reporter at the deposition was Ivy Diel. Ms. Diel is the same court reporter Defendants' counsel used in a prior deposition in the case of 20-cv-60395-WPD Certain et al v. Van Horst General Contractors, LLC et al.

In that deposition, Ms. Diel claimed she could not hear me because I was wearing a face mask and said that she did not transcribe any of my objections from the start through about noon time. She failed to transcribe my objections despite my client and I being seated immediately beside each other and equidistant to the microphone.

Today, at the start of this deposition, I put my objections on the record to Ms. Diel being the court reporter. Thereafter, Adi Amit said "Fuck, fuck you." At that moment, Ms. Diel grinned. I asked Ms. Diel if she transcribed what Mr. Amit just said. Ms. Diel claimed that she did not hear him. Ms. Diel also said that she was filing a bar complaint against me and would sue me for slander.

Plaintiff Alejandro Morales and my legal assistant, Phoebe Dauz, were both present and witnessed all the events that transpired. They and I are prepared to testify under oath regarding today's events. When Ms. Dauz said what she observed for record purposes, Ms. Diel claimed she could not hear her.

Based on these events, I advised Mr. Amit that Plaintiff was here and prepared to proceed with the deposition, but that a court reporter other than Ms. Diel need to be used. Mr. Amit refused and then proceeded with the deposition over my objections. I then suspended the deposition and am now seeking a protective order from the Court.

Also, I note that Mr. Amit will likely respond by claiming that somehow I used the wrong tone, or raised my voice, or was unprofessional in some other way in an effort to disparage me and defend against what has occurred here today. Any such representations are false. I maintained a calm and professional tone throughout these events. At several points, Mr. Amit interrupted me and spoke over me. I let him finish and did not talk over him. I do not believe that any of that is an acceptable defense to what has happened here today.

 **ELLIOT KOZOLCHYK** / Attorney
**e:** ekoz@kozlawfirm.com **t:** 786.924.9929 **f:** 786.358.6071
**a:** 320 S.E. 9th St, Fort Lauderdale, FL 33316

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Adi Amit |
| **To:** | FLSDdb_efile Strauss |
| **Cc:** | ekoz@kozlawfirm.com |
| **Subject:** | Request for Discovery Hearing - 20:cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage, Inc. et al. |
| **Date:** | Wednesday, April 28, 2021 10:43:55 AM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Dear Judge Strauss,

My office called your chambers regarding a deposition in the above-referenced matter; however, there was no response. Therefore, I am emailing in accordance with the Court's Discovery Procedures Order [ECF No. 33] regarding an ongoing issue with conducting depositions with Mr. Kozolchyk.

Plaintiff Alejandro Morales's deposition was set to proceed today at 10:00 AM. As was the case last week at the other Plaintiff's deposition, prior to the beginning of the deposition, Mr. Kozolchyk engaged in a diatribe defaming and badgering the Court reporter, Ivy Diel, about her qualifications and integrity over a supposed issue that occurred between them in another case at another time that has nothing to do with this case. This has been Mr. Kozolchyk pattern over the past two weeks on three different occasions where he is acting completely unprofessionally towards her.

After 20 minutes of an exchange between them including Mr. Kozolchyk having the audacity to corner Ms. Diel and cross examining her – as he did twice before – I interjected and asked that he stop. When he did not, I, unfortunately, lost my temper and told him to f... off and to let me conduct the deposition and stop wasting time (it has been 25 minutes of back and forth between he and the court reporter at that time and he kept badgering her) and attempted to proceed to start the deposition at which time Mr. Kozolchyk terminated the deposition and went off of Zoom.

We would like to schedule a hearing on this matter so that Plaintiff's deposition can take place before the expiration of the discovery period on 4/30/21.

Thank you.

### *Adi Amit, Esquire*

**Founding Partner, Adi Amit, P.A.**

101 Centre

101 NE 3rd Avenue, Suite 300

Fort Lauderdale, FL 33301

Tel: 954-533-5922

After Hrs.: 954-303-4130

Email: adi@DefenderOfBusiness.com



CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.