**ekoz@kozlawfirm.com**

| | |
|---|---|
| **From:** | Adi Amit <adi@defenderofbusiness.com> |
| **Sent:** | Wednesday, April 28, 2021 10:44 AM |
| **To:** | strauss@flsd.uscourts.gov |
| **Cc:** | ekoz@kozlawfirm.com |
| **Subject:** | Request for Discovery Hearing - 20:cv-61936-RAR Dahdouh et al v. Road Runner Moving and Storage, Inc. et al. |

Dear Judge Strauss,

My office called your chambers regarding a deposition in the above-referenced matter; however, there was no response. Therefore, I am emailing in accordance with the Court's Discovery Procedures Order [ECF No. 33] regarding an ongoing issue with conducting depositions with Mr. Kozolchyk.

Plaintiff Alejandro Morales's deposition was set to proceed today at 10:00 AM. As was the case last week at the other Plaintiff's deposition, prior to the beginning of the deposition, Mr. Kozolchyk engaged in a diatribe defaming and badgering the Court reporter, Ivy Diel, about her qualifications and integrity over a supposed issue that occurred between them in another case at another time that has nothing to do with this case. This has been Mr. Kozolchyk pattern over the past two weeks on three different occasions where he is acting completely unprofessionally towards her.

After 20 minutes of an exchange between them including Mr. Kozolchyk having the audacity to corner Ms. Diel and cross examining her – as he did twice before – I interjected and asked that he stop. When he did not, I, unfortunately, lost my temper and told him to f… off and to let me conduct the deposition and stop wasting time (it has been 25 minutes of back and forth between he and the court reporter at that time and he kept badgering her) and attempted to proceed to start the deposition at which time Mr. Kozolchyk terminated the deposition and went off of Zoom.

We would like to schedule a hearing on this matter so that Plaintiff's deposition can take place before the expiration of the discovery period on 4/30/21.

Thank you.

*Adi Amit, Esquire*
**Founding Partner, Adi Amit, P.A.**
101 Centre
101 NE 3rd Avenue, Suite 300
Fort Lauderdale, FL 33301
Tel: 954-533-5922
After Hrs.: 954-303-4130
Email: adi@DefenderOfBusiness.com



CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**EXHIBIT E**